# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAVELLE NICHOLS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN KATAVICH, Warden,<br><br>　　　　Respondent. | Case No. 1:14-cv-01880-LJO-SMS  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR STAY AND ABEYANCE, AND DIRECTING PETITIONER TO FILE PETITION<br><br>Doc. 1 |

Petitioner Eric Lavelle Nichols is a state prisoner who seeks to proceed with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although he has not yet filed a petition, Petitioner has moved for stay and abeyance pending exhaustion of all claims.

As Petitioner acknowledges, a federal district court may not address a petition for writ of habeas corpus unless the petitioner has exhausted state remedies with respect to each claim raised. *Rose v. Lundy*, 455 U.S. 509, 515 (1982). A petition is fully exhausted when the highest state court has had a full and fair opportunity to consider all claims before the petitioner presents them to the federal court. *Picard v. Connor*, 404 U.S. 270, 276 (1971). "[P]etitioners who come to federal courts with 'mixed' petitions run the risk of forever losing their opportunity for federal review of the unexhausted claims. *Rhines v. Weber*, 544 U.S. 269, 275 (2005).

Federal district courts should stay mixed petitions only in limited circumstances. *Id.* at 277. A district court may stay a mixed petition if (1) the petitioner demonstrates good cause for failing to

///

have first exhausted all claims in state court; (2) the claims potentially have merit; and (3) petitioner has not been dilatory in pursuing the litigation. *Id.* at 277-78.

A motion for stay and abeyance presupposes that the petitioner has filed a federal petition which the Court may stay, however. In this case, Petitioner has not yet filed a federal petition. Accordingly, the Court will deny Petitioner's motion without prejudice to its renewal after Petitioner has filed a habeas corpus petition in this case.

## CONCLUSION AND ORDER

The Court hereby ORDERS:

1. The Court DENIES Petitioner's motion for stay and abeyance to permit exhaustion of sentencing claims without prejudice to its renewal after Petitioner has filed a petition for writ of habeas corpus in this Court.

2. Within thirty (30) days of this order, Petitioner is directed to file a completed petition indicating the case number shown in the caption of this order (1:14-cv-01880-SMS  HC).

3. This case shall remain open pending receipt of Petitioner's completed petition. Upon receipt of the completed petition, the Court shall consider Petitioner's motion for stay and abeyance (Doc. 1) without the necessity of Petitioner's resubmitting the motion.

4. In the event that Petitioner fails to submit a completed petition within thirty (30) days of this order, the Court shall dismiss this case for failure to comply with a court order.

5. The Clerk of Court is directed to mail a copy of this order along with a form of petition for writ of habeas corpus (Section 2254) to Petitioner at the address indicated on the case docket.

IT IS SO ORDERED.

Dated:   **December 3, 2014**                **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE

2