# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAVELLE NICHOLS,<br><br>  Petitioner,<br><br>  v.<br><br>JOHN KATAVICH, Warden,<br><br>  Respondent. | Case No. 1:14-cv-01880-LJO-SMS  HC<br><br>ORDER CONTINUING ORDER OF STAY AND ABEYANCE PENDING EXHAUSTION OF STATE REMEDIES<br><br>Doc. 10 |

Petitioner Eric Lavelle Nichols is a state prisoner who seeks to proceed with a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 18, 2014, the Court granted Petitioner's motion for an order of stay and abeyance pending resolution of his claims in California state courts.  On December 29, 2014, Petitioner filed a status report, indicating that since the California Superior Court had denied his state petition, this Court was now free to adjudicate his Section 2254 petition.  Petitioner is mistaken.  This Court may not address the federal petition until Petitioner has exhausted all means of appealing his state petition.  This means that before this Court may exercise jurisdiction over the federal petition, he must first appeal to the California Appellate Court and the California Supreme Court.

Accordingly, the Court hereby ORDERS that the order for stay and abeyance filed December 18, 2014 (Doc. 9) shall remain in effect pending Petitioner's exhaustion of his state remedies.

IT IS SO ORDERED.

  Dated:   **December 31, 2014**          **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28